```
                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF OHIO
                      WESTERN DIVISION
```

CIVIL ACTION NO. 1:12cv00801 (WOB)

CHAMPION WINDOW MFG.
AND SUPPLY, LLC                                          PLAINTIFF

VS.                             **O R D E R**

CHAMPION CONTRACTING &
RESTORATION, LLC                                         DEFENDANT

This matter is before the Court on plaintiff's report to the Court and Scheduling Request (Doc. #16), and the Court being advised,

**IT IS ORDERED** that the parties shall file their Agreed Order of Dismissal or a status report advising the Court of the status of such settlement negotiations no later than **April 24, 2013.**

This 18th day of March, 2013.



Signed By:
*William O. Bertelsman* WOB
United States District Judge