```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

**CIVIL ACTION NO. 1:12cv00801 (WOB)**

**CHAMPION WINDOW MFG.**
**AND SUPPLY, LLC**                                          **PLAINTIFF**

**VS.**                          <u>**O R D E R**</u>

**CHAMPION CONTRACTING &**
**RESTORATION, LLC**                                         **DEFENDANT**

    This matter is before the Court on the Entry of Dismissal Without Prejudice entered herein (Doc. #18), and the Court being advised,

    **IT IS ORDERED** that the complaint herein be, and it hereby is, **dismissed, without prejudice**, and this matter is hereby **stricken** from the docket of this Court.

    This 16th day of April, 2013.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge